**No. 67533.**—Armeatco Corp. and B.N.S. Int'l Sales Corp. *v.* United States, protests 61/21680 and 61/5544 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 27, 1963

**No. 67534.**—American Pecco Corp. *v.* United States, protests 58/25885, etc. (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67535.**—Kent International *v.* United States, protest 62/9857 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.